## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CV 11367                                   Purchased/Filed: December 18, 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*          Plaintiff

against

*Amis, Inc.*          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___December 31, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons And Complaint

on

_____Amis, Inc._____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___23___    Approx. Wt: ___160___    Approx. Ht: ___5'9"___
Color of skin: ___White___    Hair color: ___Blonde___    Sex: ___F___    Other: _____

Sworn to before me on this

___4th___ day of ___January, 2008___

_____Deborah A. Bottisti (Berlin)_____          _____Jessica Miller_____
DEBORAH A. BOTTISTI                                   Jessica Miller
NOTARY PUBLIC, State of New York
NO. 01BO6036756, Albany County
Term Expires February 7, 2010                         Invoice•Work Order # SP0710969

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**