

February 8, 2008

By Fax: 212-805-7924
Honorable Sidney H. Stein
United States District Court
500 Pearl Street, Room 1010
New York, New York 10007

    Re:    New York City District Council of Carpenters Pension Fund, et al. v. Amis, Inc.
            07 CV 11367 (SHS)

Dear Judge Stein:

    We represent plaintiffs in the above referenced matter. I am writing to request an adjournment of the initial pre-trial conference scheduled for today, February 8, 2008. Defendant has not interposed an answer. Plaintiffs are preparing to file a Motion to Confirm the Arbitration Award by the end of today. No previous requests for an adjournment have been made.

    Thank you in advance for your assistance in this matter.

Respectfully yours,

O'DWYER & BERNSTIEN, LLP

Andrew Grabois

*Handwritten note:* The conference is adjourned to 2/29/08, at 10:30 a.m.

SO ORDERED 2/8/08

Sidney H. Stein
U.S.D.J.